IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:16-CR-214 |
| DIONNE CASTRO, | ) | |
| | ) | |
| Defendant. | ) | **UNDER SEAL** |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States, by and through undersigned counsel, respectfully requests that this Court unseal the Indictment in this case. Although the defendant has not yet been apprehended, the Government believes it is no longer appropriate to keep the case under seal.

Sincerely,

JESSIE K. LIU
UNITED STATES ATTORNEY

By: _____
Peter C. Lallas[1]
Special Attorney to the Attorney General
Assistant United States Attorney
New York Bar No. 4290623
555 4th Street, NW
Washington, DC 20530
(202) 252-6879
Peter.Lallas@usdoj.gov

---

[1] Due to the recusal of the United States Attorney's Office for the Eastern District of Virginia, the Associate Deputy Attorney General appointed the United States Attorney for the District of Columbia to handle the investigation and prosecution of this matter and the Executive Office for United States Attorneys appointed the undersigned as a Special Attorney to appear in this district for this case.